FILED
August 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 1:05-mj-161 DLB
Plaintiff, )
v. ) ORDER FOR TEMPORARY RELEASE
) OF PERSON IN CUSTODY
Dau Venh Lieng, )
)
_____ )
Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Dau Venh Lieng  Case No. 1:05-mj-161 DLB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    X    $80,000 Unsecured Bond to be replaced by Secured Appearance Bond secured by real property within 1 week

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    X    (Other) PTS conditions/release

Issued at Sacramento, CA on 8/23/06   at 3:20 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge